**TRAUB** LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, New York 10601
DIRECT (914) 586-7061 | MAIN (914) 347-2600 | FAX (914) 347-8898

Hillary J. Raimondi   | Partner   | hraimondi@tlsslaw.com

March 27, 2026

**VIA EMAIL**

Cobia Powell, Esq.
Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, New York 11550

Re:   *Nicole Pannhurst v. Hagerman Fire District et al.*
Civil Action No. 2:24-cv-00514 (AYS)

Dear Mr. Powell:

This firm represents the Defendants in the above-referenced action. In accordance with the Court's January 27, 2026 Order and the Individual Practice Rules of Magistrate Judge Anne Y. Shields, included with this email transmission, please find a link containing the following documents:

(i)     Defendants' Notice of Motion for Summary Judgment;
(ii)    Defendants' Memorandum of Law in Support of Motion for Summary Judgment;
(iii)   Declaration of Hillary J. Raimondi, Esq., and the exhibits annexed thereto; and
(iv)    Defendants' Statement of Material Facts Pursuant to L. Civ. R. 56.1.

Should you have any questions, please contact the undersigned.

Sincerely

*Hillary J. Raimondi*

Hillary J. Raimondi

cc:   Hon. Anne Y. Shields (via ECF)
United States Magistrate Judge
U.S. District Court, E.D.N.Y
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
**www.traublieberman.com**   CONNECTICUT