# EXHIBIT N

9:26

2021 Officers

Corey Citarella
So I'm hearing there's rumors going around there was a incident Thursday night, As I was the head office there how come I haven't gotten a call or a message about the situation??

Frank Fassman
News to me as well

THIRTY ONE
There's complaints put in ? I'm heard motor was going off again but thought that was it .... Something we all should be on the same page about especially before a dept meeting

Corey Citarella
Hmm we'll if anyone has information on what happen Thursday night, I would appreciate if you can catch me up so we can not this in the butt before it gets out of control like everything else does

Corey Citarella
Nit***

Aaron Allen
Motor was mad about an explorer sitting at the bar eating. Cause some

Send Message...